# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| United States of America, | ) | |
| --- | --- | --- |
| | ) | C/A No.: 4:18-cv-1563-RBH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **DEFAULT JUDGMENT** |
| Mamie J. Everly, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon the Plaintiff's Motion for Default Judgment. After careful review of the pleadings, motion, return of service and all exhibits attached thereto, the Court finds that Defendant failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

In addition, Plaintiff submitted a Certificate of Indebtedness and Affidavit of Counsel demonstrating that the amount requested in the complaint is a sum certain. Two hundred forty-nine days have passed since June 7, 2018. Using the $0.48 per diem rate of interest, as of February 11, 2019, Defendant is indebted to the Plaintiff in the amount of $7,612.59. Including the costs of $65.00, Defendant is indebted to the Plaintiff in the total amount of $7,677.59. Therefore, no further action is necessary to enter a Judgment.

Therefore, it is ordered, pursuant to Fed. R. Civ. P. 55 (b)(1) and (b)(2) that the Plaintiff is granted a Judgment against Defendant for $7,677.59. Further, pursuant to 28 USC §1961, interest on the Judgment at the legal rate shall continue to accrue until the Judgment is paid in full.

AND IT IS SO ORDERED.

February 15, 2019               <u>s/ R. Bryan Harwell</u>
Florence, South Carolina         R. Bryan Harwell
                    United States District Judge